## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHALON SMITH,<br><br>**Plaintiff,**<br><br>-vs-<br><br>**NEW JERSEY TRANSIT CORPORATION, CLARENCE DANIELS, R. GAMBLE, AND JOHN DOES "I" through "V", inclusive,**<br><br>**Defendants.** | **CIVIL ACTION NO.:**<br>**2:08-cv-04346-WJM-MF**<br><br><br><br>**ORDER** |

Plaintiff having consented to the following extension.

IT IS ON THIS ____1____ day of ~~May~~ JUNE, 2009,

**ORDERED:**

Defendants' time to respond to Plaintiff's Interrogatories and Demand for Production of

Documents is extended to June 4, 2009.

Mark Falk, U.S.M.J.